THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSHUA AUXIER, and all similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>BENNETT LAW PLLC and Mountain West Legal Solutions, PLLC,<br><br>Defendants. | CASE NO. C15-0562-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal (Dkt. No. 26). Given that all Defendants cease to legally exist or have been discharged as debtors in bankruptcy proceedings, it is apparent that further expending Plaintiff's and this Court's time and resources would likely result in nothing more than uncollectable judgments. Accordingly, this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Each party shall bear its own costs and attorney fees. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER C15-0562-JCC
PAGE - 1

DATED this 27th day of June 2017.

                                                William M. McCool
                                               Clerk of Court

                                               s/Paula McNabb
                                               Deputy Clerk